THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, CORRIGAN-RADGOWSKI CORRECTIONAL CENTER, 986 NORWICH-NEW LONDON TURNPIKE, UNCASVILLE, CONNECTICUT 06382

THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT, OR ANY OF HIS PROPER DEPUTIES, G R E E T I N G S:

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his proper deputies, the body of **JAMES CLANTON** (Inmate# 233579, DOB: 8/17/1973), now detained in your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, may have the said **JAMES CLANTON** before the United States District Court, District of Connecticut, at the United States Courthouse, 141 Church Street, New Haven, Connecticut, on Monday, March 7, 2005 at 1:00 p.m., or from time to time thereafter as the case may be adjourned to, in connection with the criminal case of <u>United States v. Shoreline Motors Corporation, et al</u>, Criminal No. 3:02CR341 (EBB), and immediately after prosecution has been concluded, the United States Marshal for the District of Connecticut, or any of his proper deputies, shall return the said **JAMES CLANTON** to the Corrigan-Radgowski Correctional Center, under safe and secure conduct.

|  |  |
|---|---|
|  | KEVIN F. ROWE |
| The foregoing Writ is | CLERK, U. S. DISTRICT COURT |
| hereby allowed.  Dated |  |
| at New Haven, |  |
| Connecticut, this _____ | _____ |
| day of February 2005. | DEPUTY CLERK |

_____
HON. ELLEN BREE BURNS
SENIOR UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 3:02CR341(EBB) |
| SHORELINE MOTORS CORP., ET AL | : February 24, 2005 |

**APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Jonathan Biran, Assistant United States Attorney, and respectfully informs this Honorable Court:

1. That JAMES CLANTON will be a witness in the upcoming trial of Shoreline Motors Corporation, which is scheduled to begin on April 12, 2005, in New Haven, Connecticut, before the Honorable Ellen Bree Burns.

2. That during the course of the trial, the testimony of JAMES CLANTON is important, essential and material to this trial.

3. That the said JAMES CLANTON has previously pleaded guilty in this case.

4. That the said JAMES CLANTON should be presented at the offices of the United States Marshals Service in New Haven, Connecticut, on March 7, 2005, at 1:00 p.m., so that he may prepare for testimony at said trial, or from time to time thereafter as the Court may direct.

5. That the said JAMES CLANTON is now confined at the Corrigan-Radgowski Correctional Center.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Testificandum to the Warden, Corrigan-Radgowski Correctional Center, the

United States Marshal for the District of Connecticut, or any of his proper deputies, ordering them to produce the said JAMES CLANTON at the United States Courthouse, 141 Church Street, New Haven, Connecticut, or from time to time thereafter as the Court may direct, under proper, safe and secure conduct, and testify at said trial.

    UNITED STATES OF AMERICA

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    JONATHAN BIRAN
    Federal Bar No. ct21922
    ASSISTANT UNITED STATES ATTORNEY
    157 Church Street, 23rd Floor
    New Haven, CT 06510
    (203) 821-3700

| | |
|---|---|
| STATE OF CONNECTICUT | : |
| | : ss. New Haven, February 24, 2005 |
| COUNTY OF NEW HAVEN | : |

    Personally appeared before me Jonathan Biran, Assistant United States Attorney for the District of Connecticut, to me known, who, on oath, states that he has read the foregoing application, that he is familiar with the contents of same, that same is true of his own knowledge except as to such matters therein alleged to be on information and belief, and as to such matters, he believes it to be true.

_____
AMY B. KONARSKI
NOTARY PUBLIC
My Commission Expires on May 31, 2008