UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIM. NO.3:02CR341(EBB) |
| | : |
| SHORELINE MOTORS CORP., ET AL. | : |
| | : MARCH 17, 2005 |

**MOTION TO UNSEAL COOPERATION DOCUMENTS
AND TO DISCLOSE PORTION OF PRESENTENCE REPORT**

The Government, by the undersigned Assistant United States Attorneys, respectfully requests that the cooperation agreement relating to defendant James Clanton ("Clanton"); the transcript of the in-chambers proceeding on April 16, 2003, relating to Clanton's cooperation, and that portion of Clanton's Presentence Report ("PSR") which constitutes a statement of Clanton discoverable under the Jencks Act, 18 U.S.C. § 3500, or which is otherwise discoverable under *Brady* and *Giglio*, be unsealed. In support of this motion, the Government represents the following:

1.  On or about April 16, 2003, Clanton entered a guilty plea in the above-captioned case. At the time of his guilty plea, Clanton entered into a cooperation agreement with the Government which was filed under seal.

2.  On or about May 16, 2003, a transcript of the in-chambers proceeding relating to Clanton's cooperation agreement was filed under seal.

3.  Following his guilty plea, Clanton provided a handwritten statement to the United States Probation Office which relates to his involvement in the scheme to defraud that took place

**ORAL ARGUMENT NOT REQUESTED.**

at the Shoreline Mitsubishi automobile dealership. This handwritten statement was incorporated into the PSR for Clanton.

    4.    The Government presently intends to call Clanton as a witness in the upcoming trial in this case. Accordingly, it is necessary to unseal Clanton's cooperation agreement, the transcript of the in-chambers proceeding relating to Clanton's cooperation agreement, and that portion of the PSR which constitutes a prior statement by Clanton relating to subject matter as to which it is anticipated Clanton will testify at trial or which is otherwise discoverable under *Brady* and *Giglio*.

    5.    Clanton's counsel has stated that Clanton does not oppose this motion.

Based upon the foregoing, the Government respectfully requests that the Court enter an Order directing the Clerk of the Court to unseal the cooperation agreement letter of defendant James Clanton (docket entry # 140, filed February 16, 2003), the transcript of the in-chambers proceeding relating to James Clanton's cooperation agreement (docket entry # 149, filed May 16, 2003) and allowing counsel for the government to disclose to the remaining counsel of record that portion of the PSR which constitutes a statement of Clanton relating to the subject matter as to which it is anticipated Clanton will testify at trial or is otherwise discoverable under *Brady* and *Giglio*.

A proposed Order is submitted herewith.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    JONATHAN BIRAN
    ASSISTANT UNITED STATES ATTORNEY
    Federal Bar No. ct21922


    MICHAEL S. McGARRY
    ASSISTANT UNITED STATES ATTORNEY
    Federal Bar No. ct25713
    United States Attorney's Office
    157 Church Street
    New Haven, CT 06510
    Tel. (203) 821-3700

CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing was mailed, postage prepaid, this 17th day of March, 2005, to the following counsel of record:

Edmund Q. Collier, Esq.  
Dey, Smith & Collier LLC  
771 Boston Post Road  
Milford, CT 06460  
(counsel for Shoreline Motors Corporation)

Jeffrey Olgin, Esq.  
74 Rose Hill Rd.  
Branford, CT 06405  
(counsel for Angel Hernandez)

Richard S. Cramer, Esq.  
449 Silas Deane Highway  
Wethersfield, CT 06109  
(counsel for David Brown)

Thomas G. Dennis, Esq.  
Federal Public Defender  
10 Columbus Blvd. 6th Floor  
Hartford, CT 06106-1976  
(counsel for Michael Rivera)

Michael S. Hillis, Esq.  
Dombroski Knapsack & Hillis LLC  
129 Whitney Ave.  
New Haven, CT 06510  
(counsel for Richard Brown)

Salvatore DePiano, Esq.  
Edward Czepiga, Esq.  
56 Lyon Terrace  
Bridgeport, CT 06604  
(counsel for Richard Dominguez)

Jonathan J. Einhorn, Esq.  
412 Orange Street  
New Haven, CT 06511  
(counsel for Nelson Datil)

 

JONATHAN BIRAN  
ASSISTANT U.S. ATTORNEY