UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIM. NO.3:02CR341(EBB) |
| | : |
| SHORELINE MOTORS CORP., ET AL. | : |
| | : |

## ORDER TO UNSEAL

It is hereby ORDERED that the Clerk of the Court is directed to unseal the February 16, 2003 cooperation agreement letter relating to defendant James Clanton (docket number 140) and the May 16, 2003 transcript of the in-chambers proceeding relating to defendant James Clanton's cooperation agreement (docket number 149).

It is further ORDERED that counsel for the Government may disclose to all counsel of those defendants who are awaiting trial in the case of *United States v. Shoreline Motors Corporation, et al.,* 3:02CR341(EBB) the portion of the Presentence Report which has been prepared by the United States Probation Office that constitutes a statement made by defendant James Clanton concerning the subject matter as to which Clanton is expected to testify at trial or which otherwise is discoverable under *Brady* and *Giglio*.

SO ORDERED this _____ day of March, 2005, at New Haven, Connecticut.

_____
HON. ELLEN BREE BURNS
SENIOR UNITED STATES DISTRICT JUDGE