UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIM. NO.3:02CR341(EBB) |
| | : |
| SHORELINE MOTORS CORP., ET AL. | : |
| | : MARCH 17, 2005 |

## MOTION TO UNSEAL COOPERATION DOCUMENTS
## AND TO DISCLOSE PORTION OF PRESENTENCE REPORT

The Government, by the undersigned Assistant United States Attorneys, respectfully requests that the cooperation agreement relating to defendant James Clanton ("Clanton"); the transcript of the in-chambers proceeding on April 16, 2003, relating to Clanton's cooperation, and that portion of Clanton's Presentence Report ("PSR") which constitutes a statement of Clanton discoverable under the Jencks Act, 18 U.S.C. § 3500, or which is otherwise discoverable under *Brady* and *Giglio*, be unsealed. In support of this motion, the Government represents the following:

1. On or about April 16, 2003, Clanton entered a guilty plea in the above-captioned case. At the time of his guilty plea, Clanton entered into a cooperation agreement with the Government which was filed under seal.

2. On or about May 16, 2003, a transcript of the in-chambers proceeding relating to Clanton's cooperation agreement was filed under seal.

3. Following his guilty plea, Clanton provided a handwritten statement to the United States Probation Office which relates to his involvement in the scheme to defraud that took place

**ORAL ARGUMENT NOT REQUESTED.**