UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 3:02CR341 (EBB) |
| Plaintiff, | |
| V. | |
| JAMES E. CLANTON, JR., | |
| Defendant. | June 13, 2006 |

### MOTION TO CONTINUE SENTENCING

NOW comes the defendant, JAMES E. CLANTON, JR., by and through his attorney, David J. Wenc, and hereby moves this Honorable Court to continue his sentencing until after the trial defendants have been sentenced for the following reason(s):

1. Mr. Clanton's sentencing is currently scheduled for Thursday, June 22 2006.

2. Many of the trial defendants will not be sentenced until after June 22, 2006. Defense counsel needs more time after the sentencing of the trial defendants to effectively present Clanton's sentencing position to the court.

3. On June 12, 2006, defense counsel communicated with Assistant U.S. Attorney Michael McGarry who indicated that the government does not object to this motion.

WHEREFORE, the defendant prays that this motion be granted and that sentencing be continued until after the trial

defendants are sentenced in this case.

Respectfully Submitted,<br>
DEFENDANT, JAMES E. CLANTON, JR.,

By: _____
David J. Wenc, His Attorney
WENC LAW OFFICES
44 Main Street, P.O. Box 306
Windsor Locks, CT  06096-0306
Tel. (860) 623-1195
Fed. Bar ct00089

### CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2006 I served a copy of the foregoing Motion by U.S. mail, first-class postage prepaid, to:

Chambers of the Honorable Ellen Bree Burns
United States District Court
141 Church Street
New Haven, CT  06510

Assistant U.S. Attorney Michael McGarry
Office of the U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06508

U.S.P.O. Wilfredo Duran
U.S. Probation/Pretrial Services
157 Church Street, 22nd Floor
New Haven, CT  06510

U.S.P.O. Otto Rothi
Office of U.S. Probation
450 Main Street, 7th Floor
Hartford, CT  06103

_____
David J. Wenc, Esquire

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 3:02CR341 (EBB) |
| Plaintiff, | |
| V. | |
| JAMES E. CLANTON, JR., | |
| Defendant. | June 13, 2006 |

### SPEEDY TRIAL/SENTENCING WAIVER

The defendant, JAMES CLANTON, by and through his attorney, DAVID J. WENC, has been advised of and is aware of his rights to a speedy trial/sentencing; and hereby agrees that the time from JUNE 22, 2006 until a date after the trial defendants are sentenced is excludable from computation under the Speedy Trial Act pursuant to 18 U.S.C. §3161 et seq.; and hereby agrees to an enlargement of time.

Date: _____    _____
                                JAMES CLANTON