```
               UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF CONNECTICUT
```

UNITED STATES OF AMERICA,          Criminal No. 3:02CR341 (EBB)

    Plaintiff,

V.

JAMES E. CLANTON, JR.,

    Defendant.                    September 5, 2006

### MOTION TO CONTINUE SENTENCING HEARING

NOW comes the defendant, JAMES E. CLANTON, JR., by and through his attorney, David J. Wenc, and hereby moves this Honorable Court pursuant to Fed. R. Crim. P. 32(b)(1) and Pollard v. U.S., 352 U.S. 354, 361-62 (1957) to continue his sentencing **until after the trial defendants have been sentenced** for the following reason(s):

1. Mr. Clanton's sentencing is currently scheduled for Thursday, September 7, 2006. However, defense counsel mistakenly had the sentencing hearing scheduled for November 1, 2006. Therefore, defense counsel will not be prepared to go forward on September 7th.

2. In addition, many of the trial defendants will not be sentenced until after September 7th. Defense counsel needs more time after the sentencing of the trial defendants to effectively present Clanton's sentencing position to the court.

3. On September 5th, defense counsel communicated with Assistant U.S. Attorney Michael McGarry who indicated that the government does not object to this motion.

WHEREFORE, the defendant prays that this motion be granted and that sentencing be continued until after the trial defendants are sentenced in this case.

        Respectfully Submitted,
        DEFENDANT, JAMES E. CLANTON, JR.,

By: _____
    David J. Wenc, His Attorney
    WENC LAW OFFICES
    44 Main Street, P.O. Box 306
    Windsor Locks, CT  06096-0306
    Tel. (860) 623-1195
    Fed. Bar ct00089

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2006 I served a copy of the foregoing Motion by U.S. mail, first-class postage prepaid, to:

Chambers of the Honorable Ellen Bree Burns
United States District Court
141 Church Street
New Haven, CT  06510

Assistant U.S. Attorney Michael McGarry
Office of the U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06508

U.S.P.O. Wilfredo Duran
U.S. Probation/Pretrial Services
157 Church Street, 22nd Floor
New Haven, CT 06510

U.S.P.O. Otto Rothi
Office of U.S. Probation
450 Main Street, 7th Floor
Hartford, CT  06103

_____
David J. Wenc, Esquire