**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA,               Criminal No. 3:02CR341 (EBB)

       Plaintiff,

V.

JAMES E. CLANTON, JR.,

       Defendant.                      October 26, 2006

## MOTION TO RESCHEDULE SENTENCING HEARING

NOW comes David J. Wenc, attorney for the defendant, JAMES E. CLANTON, JR., in the above-entitled matter, and hereby moves this Honorable Court pursuant to reschedule the November 1, 2006 sentencing hearing for the following reason(s):

1. Defense counsel has a medical procedure the morning of November 1, 2006 in Hartford at 8:30 a.m. and will not be able to be in New Haven by 10:00 a.m.

2. Defense counsel understands that a ruling is pending regarding matters held September 19, 2006 in this case, and that the sentencing should be continued pending that ruling.

3. On October 26, 2006, defense counsel telephoned Assistant U.S. Attorney Michael McGarry and left a voice-mail message. As of the date of this motion, defense counsel does not know the position of the government with respect to this motion.

*Page 1 of 2*

4. A copy of the waiver sent to Mr. Clanton is attached to this motion.

WHEREFORE, defense counsel prays that this motion be granted and that sentencing be continued until to February 14, 2007 at 9:00 a.m.

Respectfully Submitted,

By: _____
David J. Wenc, Attorney for
Defendant, JAMES E. CLANTON, JR.,
44 Main Street, P.O. Box 306
Windsor Locks, CT  06096-0306
Tel. (860) 623-1195
Fed. Bar ct00089
david.wenclaw@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2006 I served a copy of the foregoing Motion by U.S. mail, first-class postage prepaid, and or fax, to:

Chambers of the Honorable Ellen Bree Burns
United States District Court
141 Church Street
New Haven, CT  06510

Assistant U.S. Attorney Michael McGarry
Office of the U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06508

U.S.P.O. Otto Rothi
Office of U.S. Probation
450 Main Street, 7th Floor
Hartford, CT  06103

_____
David J. Wenc, Esquire

*Page 2 of 2*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,                 Criminal No. 3:02CR341 (EBB)

       Plaintiff,

V.

JAMES E. CLANTON, JR.,

       Defendant.                          October 26, 2006


### WAIVER OF SPEEDY IMPOSITION OF SENTENCE


The defendant, JAMES CLANTON, by and through his attorney, DAVID J. WENC, has been advised of and is aware of his rights to a sentencing hearing on November 1, 2006; and hereby agrees that the time from 11/01/2006 until 2/14/07 is excludable from computation under Fed.R.Crim.P. Rule 32 and the Speedy Trial Act pursuant to 18 U.S.C. §3161 et seq. {see, Pollard v. U.S., 352 U.S. 354, 361-62 (1957)}; and hereby agrees to an enlargement of time until February 14, 2007.


Date: _____        _____
                                      JAMES CLANTON