UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 3:02CR341 (EBB) |
| Plaintiff, | |
| V. | |
| JAMES E. CLANTON, JR., | |
| Defendant. | October 26, 2006 |

### WAIVER OF SPEEDY IMPOSITION OF SENTENCE

The defendant, JAMES CLANTON, by and through his attorney, DAVID J. WENC, has been advised of and is aware of his rights to a sentencing hearing on November 1, 2006; and hereby agrees that the time from 11/01/2006 until 2/14/07 is excludable from computation under Fed.R.Crim.P. Rule 32 and the Speedy Trial Act pursuant to 18 U.S.C. §3161 et seq. {see, Pollard v. U.S., 352 U.S. 354, 361-62 (1957)}; and hereby agrees to an enlargement of time until February 14, 2007.

Date: _____          _____
                                JAMES CLANTON

## CERTIFICATION

I hereby certify that on this 9th day of November, 2006, I served a copy of the foregoing Waiver by U.S. mail, first-class postage prepaid, to:

Chambers of the Honorable Ellen Bree Burns
United States District Court
141 Church Street
New Haven, CT  06510

Assistant U.S. Attorney Michael McGarry
Office of the U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06508

U.S.P.O. Wilfredo Duran
U.S. Probation/Pretrial Services
157 Church Street, 22nd Floor
New Haven, CT 06510

U.S.P.O. Otto Rothi
Office of U.S. Probation
450 Main Street, 7th Floor
Hartford, CT  06103

_____
David J. Wenc, Esquire