UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

USA

V.                                Case Number: 3:02CR341(EBB)

JAMES CLANTON

**ORDER re: Doc. # 773**

It is appearing that the requested continuance is in the best interest of the defendant, and outweighs the public interest in a speedy trial, the court finds that the period of delay from November 1, 2006 to February 14, 2007 is hereby excluded pursuant to Title 18, USC, Section 3161(h)(8).

Dated at New Haven, Connecticut, November 22, 2006.


SO ORDERED

_____
ELLEN BREE BURNS, SENIOR U.S.D.J.