### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 3:02CR341 (EBB) |
| Plaintiff, | |
| V. | |
| JAMES E. CLANTON, JR., | |
| Defendant. | February 7, 2007 |

### MOTION TO RESCHEDULE / CONTINUE SENTENCING HEARING

NOW comes defendant, JAMES E. CLANTON, JR., by and through his attorney, David J. Wenc, and hereby moves this Honorable Court to reschedule / continue the sentencing hearing currently scheduled for 2/14/07 in light of this Court's Order re: loss calculation to a date to be determined by the Court.

A waiver signed by James Clanton is attached to this motion.

WHEREFORE, the defendant prays that this motion be granted.

Respectfully Submitted,

By: _____
David J. Wenc, Attorney for
Defendant, JAMES E. CLANTON, JR.,
44 Main Street, P.O. Box 306
Windsor Locks, CT  06096-0306
Tel. (860) 623-1195
Fed. Bar ct00089
david.wenclaw@sbcglobal.net

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 7, 2007 I served a copy of the foregoing Motion by CMECF, U.S. mail, first-class postage prepaid, or fax, to:

Chambers of the Honorable Ellen Bree Burns
United States District Court
141 Church Street
New Haven, CT  06510

Assistant U.S. Attorney Michael McGarry
Office of the U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06508

U.S.P.O. Otto Rothi
Office of U.S. Probation
450 Main Street, 7th Floor
Hartford, CT  06103

                                                  David J. Wenc, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 3:02CR341 (EBB) |
| Plaintiff, | |
| V. | |
| JAMES E. CLANTON, JR., | |
| Defendant. | February 7, 2007 |

### WAIVER OF SPEEDY IMPOSITION OF SENTENCE

The defendant, JAMES CLANTON, by and through his attorney, DAVID J. WENC, has been advised of and is aware of his rights to a sentencing hearing on February 14, 2007; and hereby agrees that, in light of the Court's Order re: loss calculation, the time from 2/14/2007 until the next sentencing date assigned by the Court is excludable from computation under Fed.R.Crim.P. Rule 32 and the Speedy Trial Act pursuant to 18 U.S.C. §3161 et seq. {see, Pollard v. U.S., 352 U.S. 354, 361-62 (1957)}; and hereby agrees to an enlargement of time of his sentencing.

Date: 2/2/07                                    _____
                                                 JAMES CLANTON